UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                           CASE NO. 09-40227-TLH4
                                                 CHAPTER 13
WILLIE GREEN, JR.


_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: ELIZON MORTGAGE LOAN which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410421 in the amount of 43.01 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| WILLIE GREEN, JR.<br>2105 MISTLETOE COURT<br>TALLAHASSEE, FL 32317<br><br>AND<br><br>ALLEN P. TURNAGE, ESQ.<br>P.O. BOX 15219<br>TALLAHASSEE, FL 32317 | ELIZON MORTGAGE LOAN TRUST<br>2009-1<br>ATTN: BANKRUPTCY DEPARTMENT<br>5032 PARKWAY PLAZA BLVD.<br>CHARLOTTE, NC 28217 |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

3/31/2011 12:19 pm / CR_213